# Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel: 212-465-1188
Fax: 212-465-1181
info@leelitigation.com

Writer's Direct:     212-465-1188
                     cklee@leelitigation.com

January 18, 2023

**Via ECF**
The Honorable Andrew L. Carter, Jr., U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

   Re: *Lopez v. Lidl US, LLC,*
     Case No.: 22-cv-04271-ALC

Dear Judge Carter:

 We are counsel to Plaintiff in the above-referenced matter. Plaintiff writes to respectfully request a decision on Defendant's Motion to Compel Arbitration [ECF 11], which was fully briefed as of August 19, 2022 [ECF 28].

 Plaintiff requests a decision on the above motion in light of our client's multiple requests for an update on the progression of her case, the timing of this motion's briefing, and the stayed nature of this matter pending a decision.

 We thank the Court for its consideration of the above.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.