UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
SAMANTHA LOPEZ, *on behalf of herself, FLSA* : 
*Collective Plaintiffs, and the Class*,            :
                                                   :
                             Plaintiff, :    22-CV-4271 (ALC)
                                                   :
         -against-                        :    **ORDER**
                                                   :
LIDL US, LLC *d/b/a Lidl*,                         :
                                                   :
                            Defendant. :
------------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Plaintiff's request (1) for leave to file a motion for reconsideration of the Court's March 29, 2023 Opinion and Order or (2) for certification of an interlocutory appeal. (ECF No. 32.) The Court has also reviewed Defendant's response at ECF No. 33.

Plaintiff is **GRANTED** leave to file a motion for reconsideration. Plaintiff's motion shall be filed by **April 21, 2023**, Defendant's response shall be filed by **May 23, 2023**, and any reply shall be filed by **June 5, 2023**.

**SO ORDERED.**

**Dated: April 12, 2023**
        New York, New York

                                                         **ANDREW L. CARTER, JR.**
                                                          **United States District Judge**