# LEE LITIGATION GROUP, PLLC

148 WEST 24TH STREET, 8TH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1188
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT: 212-465-1188
cklee@leelitigation.com

March 8, 2024

<u>**Via ECF**</u>
The Honorable Andrew L. Carter, Jr, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *Lopez v. Lidl US, LLC*
             Case No.: 1:22-cv-04271 (ALC)

Dear Judge Carter:

      We are counsel to Plaintiffs in the above-referenced matter. Plaintiffs write to respectfully remind the Court of an outstanding decision on Plaintiff's Motion for Reconsideration and/or Motion for Interlocutory Appeal [ECF 38], which was fully briefed as of June 12, 2023 [ECF 44].

      During the almost eight (8) months since the briefing was finalized, our office's client has made requests for an update on the progression of their case, the timing of this motion's briefing, and the stayed nature of this matter pending a decision.

      We thank the Court for its consideration of the above.


Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.