# LEE LITIGATION GROUP, PLLC

148 WEST 24TH STREET, 8TH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1188
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT: 212-465-1188
cklee@leelitigation.com

June 28, 2024

**Via ECF**

The Honorable Andrew L. Carter, Jr, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *Lopez v. Lidl US, LLC*
Case No.: 1:22-cv-04271 (ALC)

Dear Judge Carter:

We represent Plaintiff in the above-captioned action, and write to provide Your Honor with a status update on the parties' arbitration, per the Court's March 28, 2024, Order [ECF 46]. Since the Court's March 28, 2024, Plaintiff commenced an arbitration with the American Arbitration Association ("AAA") and paid her portion of the required filing fees. On or around June 27, 2024, Defendant paid their portion of the filing fee and this matter is moving forward before the AAA.

Pursuant to the Court's Order March 28, 2024 [ECF 46], Plaintiff will provide another report on the status of the arbitration in another 90 days, September 25, 2024.

We thank the Court for its consideration of the above.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.