UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\- x

| | |
|---|---|
| **SAMANTHA LOPEZ**, *on behalf of herself, FLSA Collective Plaintiffs, and the Class*, <br><br>                              **Plaintiff**, <br><br>               -against- <br><br>**LIDL US, LLC** *d/b/a Lidl*, <br><br>                              **Defendant**. | **1:22-cv-04271 (ALC)** <br><br> **ORDER** |

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\- x

**ANDREW L. CARTER, JR., United States District Judge:**

Per the Court's March 28, 2024 Order, ECF No. 46, the parties shall submit a joint status report by January 20, 2025 on the status of arbitration.

**SO ORDERED.**

**Dated:    January 13, 2025**
              **New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**