

Nicholas A. Corsano
Tel 212.801.6827
Fax 212.801.6400
corsanon@gtlaw.com

January 17, 2025

**VIA ECF:**

Hon. Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

**Re:    Lopez v. Lidl US, LLC
         Case No.: 1:22-cv-04271 (ALC)**

Dear Judge Carter:

This Firm represents Defendant Lidl US, LLC ("Lidl") in the above-reference matter. We write on behalf of all parties pursuant to Your Honor's January 13, 2025, Order (ECF 48), requesting a joint status report regarding the ongoing arbitration. As noted in Plaintiff's status report to the Court dated June 28, 2024 (ECF 47), the arbitration was commenced on June 27, 2024, with the American Arbitration Association ("AAA"). The parties are engaged in discovery, which is currently set to close February 28, 2025.

We thank the Court of its consideration of the above.

Respectfully,

*s/ Nicholas A. Corsano*
Nicholas A. Corsano

cc: All counsel of record via ECF.

**Greenberg Traurig, LLP | Attorneys at Law**
One Vanderbilt Avenue  |  New York, New York 10017  |  T +1 212.801.9200  |  F +1 212.801.6400
AuthorOfficeUser3

Albany. Amsterdam. Atlanta. Austin. Berlin⸰. Boston. Charlotte. Chicago. Dallas. Delaware. Denver. Fort Lauderdale. Houston. Kingdom of Saudi Arabia⸰. Las Vegas. London⸰. Long Island. Los Angeles. Mexico City⸰. Miami. Milan⸰. Minneapolis. New Jersey. New York. Northern Virginia. Orange County. Orlando. Philadelphia. Phoenix. Portland. Sacramento. Salt Lake City. San Diego. San Francisco. São Paulo⸰. Seoul⸰. Shanghai. Silicon Valley. Singapore⸰. Tallahassee. Tampa. Tel Aviv⸰. Tokyo⸰. United Arab Emirates⸰. Warsaw⸰. Washington, D.C. West Palm Beach. Westchester County.

Operates as: ¬Greenberg Traurig Germany, LLP; «Greenberg Traurig Khalid Al-Thebity Law Firm; ªA separate UK registered legal entity; +Greenberg Traurig, S.C.; »Greenberg Traurig Santa Maria; ›Greenberg Traurig Brazil Consultores em Direito Estrangeiro – Direito Estadunidense; ∞Greenberg Traurig LLP Foreign Legal Consultant Office; "Greenberg Traurig Singapore LLP; ^A branch of Greenberg Traurig, P.A., Florida, USA; ¤GT Tokyo Horitsu Jimusho and Greenberg Traurig Gaikokuhojimubegoshi Jimusho; ‹Greenberg Traurig Limited; ~Greenberg Traurig Nowakowska-Zimoch Wysokiński sp.k..

www.gtlaw.com

ACTIVE 706331953v1